## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TANNER JAI CROOK**                                                                          **PLAINTIFF**
**ADC #660328**

**v.**                                  **No: 4:21-cv-00580-LPR-PSH**

**JASMINE TRICE,** *et al.*                                                            **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge
Lee P. Rudofsky. You may file written objections to all or part of this
Recommendation. If you do so, those objections must: (1) specifically explain the
factual and/or legal basis for your objection; and (2) be received by the Clerk of this
Court within fourteen (14) days of this Recommendation. By not objecting, you
may waive the right to appeal questions of fact.

### DISPOSITION

A *pro se* complaint pursuant to 42 U.S.C. § 1983 was filed on behalf of Tanner
Jai Crook on June 28, 2021 (Doc. No. 2). Defendant Trice moved to dismiss Crook's
complaint as frivolous (Doc. No. 11), and Crook now moves to voluntarily dismiss
this case (Doc. No. 13). For good cause shown, Crook's motion to dismiss should
be GRANTED, and this case should be dismissed without prejudice. The Court

further recommends that Trice's motion to dismiss (Doc. No. 11) be DENIED AS

MOOT.

      IT IS SO RECOMMENDED this 9th day of September, 2021.


_____
UNITED STATES MAGISTRATE JUDGE