# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TANNER JAI CROOK**  **PLAINTIFF**
**ADC #660328**

v.     No: 4:21-cv-00580-BRW-PSH

**JASMINE TRICE,** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 14). No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Crook's the motion for voluntary dismissal (Doc. No. 13) is GRANTED and complaint (Doc. No. 2) is dismissed without prejudice. All other pending motions (Doc. Nos. 11, 19) are DENIED as MOOT.

IT IS SO ORDERED, this 3rd day of November, 2021.

   Billy Roy Wilson
   UNITED STATES DISTRICT JUDGE