**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TANNER JAI CROOK**                                                                            **PLAINTIFF**
**ADC #660328**

**v.**                                          **No: 4:21-cv-00580-BRW-PSH**

**JASMINE TRICE,** *et al.*                                                          **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff

Tanner Jai Crook's Complaint is dismissed without prejudice.

IT IS SO ORDERED, this 3rd day of November, 2021.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE